UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAERSK LINE, | ) | Case No. 2:10-CV-02877 GEB KJM |
| | ) | |
| Plaintiff, | ) | **DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| HS TRADING COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the parties' agreement, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff has until and including March 15, 2012 to reactivate this case only if the settlement is not consummated for any reason and a written request to reactivate this case is filed with this Court on or before March 15, 2012. The case shall be reactivated for the sole purpose of having judgment entered pursuant to the stipulation of the parties.

If Plaintiff has not requested this Court to reactivate the case on or before March 15, 2012, the complaint will therefore be deemed dismissed with prejudice as to all parties and all causes of action with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: March 4, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1