IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MAERSK LINE,                    )
                                )    2:10-cv-02877-GEB-CMK
               Plaintiff,       )
                                )
          v.                    )    ORDER
                                )
HS TRADING COMPANY, INC.,       )
                                )
               Defendant.       )
_____)
```

On September 30, 2011, Plaintiff filed a Request to Reopen Case for Entry of Judgment (ECF No. 10), in which Plaintiff seeks to have judgment entered in a specified amount.

Plaintiff's Complaint was dismissed in this case on March 7, 2011, pursuant to the parties' Request for Interlocutory Dismissal. (ECF No. 9.) The March 7, 2011 Dismissal Order states in pertinent part as follows:

> [T]he complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff has until and including March 15, 2012 to reactivate this case only if the settlement is not consummated for any reason and a written request to reactivate this case is filed with this Court on or before March 15, 2012. The case shall be reactivated for the sole purpose of having judgment entered pursuant to the stipulation of the parties.

Id. at 1:15-20.

Plaintiff's request to reactivate this case is granted, but its request for entry of judgment is denied because it is unclear what the precise amount of the judgement should be since time has passed since Plaintiff filed its Request to Reopen Case for Entry of Judgment. Therefore, on or before January 20, 2012, the parties shall file the proposed judgment they desire entered, or show cause as to why the court should exercise continuing jurisdiction in this action.

Dated: January 4, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge