Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE, | ) Case No. 2:10-CV-02877 GEB CMK |
| Plaintiff, | ) **IN ADMIRALTY** |
| vs. | ) **[PROPOSED] JUDGMENT** |
| HS TRADING COMPANY, INC. | ) |
| Defendant. | ) |

Pursuant to the Amended Stipulation for Entry of Judgment filed herein:

　　IT IS ADJUDGED that Maersk Line recover from HS Trading Company, Inc. the sum of $55,928.87. and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**Date: 1/12/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1